AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 664 – Theft or Embezzlement from Employee Benefit Plan
18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ ALEXANDER BULAZO

**DISTRICT COURT NUMBER**
CR 22 0281 WHO

FILED
JUL 28 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Christa A. Hall

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

**SEALED BY ORDER OF THE COURT**

**FILED**

JUL 28 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CR 22 0281 WHO**

| | |
|---|---|
| **CASE NAME:** USA v. ALEXANDER BULAZO | **CASE NUMBER:** CR |
| Is This Case Under Seal? | Yes ✓   No |
| Total Number of Defendants: | 1 ✓   2-7   8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK   SJ |
| Is this a potential high-cost case? | Yes   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ |
| Is this a RICO Act gang case? | Yes   No ✓ |
| Assigned AUSA (Lead Attorney): Christa Hall | Date Submitted: 07/28/2022 |
| Comments: | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

SEALED BY ORDER OF THE COURT

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
JUL 28 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES OF AMERICA,

V.

ALEXANDER BULAZO

CR 22 0281 WHO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 664 – Theft or Embezzlement from Employee Benefit Plan
18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

_____ Foreman

Filed in open court this 28th day of July 2022

_____ Clerk
7/28/22

Bail, $ No Bail - Summons

Judge Donna M. Ryu

SEALED BY ORDER OF THE COURT

FILED
JUL 28 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11 UNITED STATES OF AMERICA,       ) CASE NO. CR 22 0281 WHO
                                   )
12       Plaintiff,                )
                                   ) VIOLATION:
13    v.                           ) 18 U.S.C. § 664 – Theft or Embezzlement from
                                   ) Employee Benefit Plan
14 ALEXANDER BULAZO,               ) 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
                                   ) Forfeiture Allegation
15       Defendant.                )
                                   ) SAN FRANCISCO VENUE
16 _____)
17                    I N D I C T M E N T
18 The Grand Jury charges:
19 COUNT ONE:        (18 U.S.C. § 664 – Theft or Embezzlement from Employee Pension
20                   Benefit Plan)
21    Beginning at a date unknown, but no later than on or about July 31, 2017, and continuing
22 through a date unknown, but through at least on or about November 6, 2020, in the Northern District of
23 California, the defendant,
24                    ALEXANDER BULAZO,
25 did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, and the use of
26 another, in the approximate amount of no less than $798,085, the moneys, funds, securities, premiums,
27 credits, property, and other assets of the City Baking Company Profit Sharing Plan, an employee
28 pension benefit plan subject to title I of the Employee Retirement Income Security Act of 1974 and of a

INDICTMENT                            1

fund connected with such plan, specifically, BULAZO, a trustee and fiduciary of such plan, transferred money from the plan to company and personal bank accounts, which money then was used for corporate and personal expenses, all in violation of Title 18, United States Code, Section 664.

<u>FORFEITURE ALLEGATION</u>:   (18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c))

All of the allegations contained in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon a conviction for the offense alleged in Count One of this Indictment, the defendant,

ALEXANDER BULAZO,

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) all property constituting, and derived from, proceeds the defendant obtained directly and indirectly, as the result of those violations including, but not limited to including, but not limited to:

    a.    a forfeiture money judgment.

If any of the aforementioned property, as a result of any act or omission of defendant –

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third person;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property that cannot be divided without difficulty;

any and all interest the defendant has in other property shall be vested in the United States and forfeited to the United States pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

All in violation of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

//
//
//
//

DATED: July 28, 2022

A TRUE BILL,

_____
FOREPERSON

STEPHANIE M. HINDS
United States Attorney

 /s/ Christa Hall
CHRISTA HALL
Assistant United States Attorney

INDICTMENT                                    3