# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Alexander Bulazo

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Ivana Djak and Nicholas Parker | DEFENSE ATTORNEY: Donald S. Davidson |
|---|---|---|
| **TRIAL DATE:** 4/21/2025<br>8:29 a.m. to 3:45 p.m.<br>7 hours, 16 minutes | **REPORTER:**<br>Ana Dub | **CLERK:**<br>Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:29 a.m. | | | Court in session; counsel indicate no issues to be discussed |
| | | 8:30 a.m. | | | Court in recess |
| | | 9:20 a.m. | | | Court in session; jurors seated. Court welcomes prospective jurors and offers opening comments |
| | | 9:23 a.m. | | | Jurors sworn |
| | | 9:24 a.m. | | | Court provides information regarding the case and the schedule; Counsel introduce their teams. |
| | | 9:40 a.m. | | | Voir dire begins |
| | | 10:24 a.m. | | | Court in recess |
| | | 10:41 a.m. | | | Court in session (prospective jurors present). Voir dire continues. |
| | | 11:29 a.m. | | | Government voir dire (Parker) |
| | | 11:49 a.m. | | | Defense voir dire |
| | | 12:00 p.m. | | | The Court reviews the process to share private information effecting ability to serve |
| | | 12:05 p.m. | | | Jurors excused excepting those who wish to share private information |
| | | 12:07 p.m. | | | Jurors heard at sidebar |
| | | 12:15 p.m. | | | All jurors excused; Counsel excused and directed to return at 12:40 p.m. |
| | | 12:44 p.m. | | | Court in session (prospective jurors out) |
| | | 1:11 p.m. | | | Prospective jurors seated; jurors dismissed for cause are excused with the thanks of the Court |
| | | 1:13 p.m. | | | Counsel exercise their peremptory strikes |
| | | 1:56 p.m. | | | Court reviews peremptory strikes with counsel |
| | | 1:57 p.m. | | | Court excuses jurors struck |
| | | 2:00 p.m. | | | Jurors and alternates announced |
| | | 2:01 p.m. | | | Jurors sworn and excused for orientation |

1

|  |  | 2:33 p.m. |  |  | Court in session, jurors present. The Court provides preliminary instructions |
|--|--|--|--|--|--|
|  |  | 2:54 p.m. |  |  | Government opening statement (Djak) |
|  |  | 3:16 p.m. |  |  | Defense opening statement |
|  |  | 3:39 p.m. |  |  | Jurors reminded of their confidentiality duties and obligations and excused |
|  |  | 3:41 p.m |  |  | Court in recess |