UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 22-cr-00281-WHO-1
Case Name: USAv. Bulazo

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Ivana Djak and Nicholas Parker | DEFENSE ATTORNEY: Donald S. Davidson |
|---|---|---|
| **TRIAL DATE:** 4/22/2025<br>8:05 a.m. to 1:27 p.m.<br>5 hours, 22 minutes | **REPORTER:**<br>Lee-Anne Shortridge | **CLERK:**<br>Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:05 a.m. | | | Court in session (jurors out)<br>Additional instruction for jurors has been stipulated to by counsel, and will be presented to the Court. |
| | | 8:09 a.m. | | | Court in recess |
| | | 8:36 a.m. | | | Court in session (jurors present) |
| | | 8:35 a.m. | | | Government direct examination of **Robyn Lynn Dela Cruz** (Parker) |
| | | 9:45 a.m. | | | Court in recess |
| | | 10:05 a.m. | | | Defense cross examination of **Robyn Lynn Dela Cruz** (Davidson) |
| | | 10:29 a.m. | | | Government redirect of **Robyn Lynn Dela Cruz** |
| | | 10:32 a.m. | | | Witness excused |
| | | 10:34 a.m. | | | Government direct examination of **Marcus Aron** (Parker) |
| 26 | | 10:52 a.m. | X | X | 2011 – City Baking 5500 Form; admitted without objection |
| 27 | | 10:52 a.m. | X | X | 2012 – City Baking 5500 Form; admitted without objection |
| 28 | | 10:52 a.m. | X | X | 2013 - City Baking 5500 Form; admitted without objection |
| 29 | | 10:52 a.m. | X | X | 2014 - City Baking 5500 Form; admitted without objection |
| 30 | | 10:52 a.m. | X | X | 2015 - City Baking 5500 Form; admitted without objection |
| 31 | | 10:52 a.m. | X | X | 2016 - City Baking 5500 Form; admitted without objection |
| 32 | | 10:52 a.m. | X | X | 2017 - City Baking 5500 Form; admitted without objection |
| 33 | | 10:52 a.m. | X | X | 2018 - City Baking 5500 Form; admitted without objection |
| 34 | | 10:52 a.m. | X | X | 2019 - City Baking 5500 Form; admitted without objection |
| 35 | | 10:52 a.m. | X | X | 2020 - City Baking 5500 Form; admitted without objection |
| 36 | | 10:52 a.m. | X | X | 2021 - City Baking 5500 Form; admitted without objection |
| 296 | | 10:52 a.m. | X | X | 2022 - City Baking 5500 Form; admitted without objection |
| | | 11:24 a.m. | | | Court in recess |
| | | 11:41 a.m. | | | Court in session; jurors present |

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Bulazo
Date: April 22, 2025
Courtroom Deputy: Jean Davis    - Court Reporter:    Lee-Anne Shortridge

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11:42 a.m. | | | Defense cross examination of **Marcus Aron** |
| | | 12:01 p.m. | | | Plaintiff redirect of **Marcus Aron** (Parker) |
| | | 12:05 p.m. | | | Witness excused |
| | | 12:06 p.m. | | | Plaintiff direct examination of **Daniele Shimonauff** (Djak) |
| 1 | | 12:30 p.m. | X | X | Adoption Agreement with Pension Specialist Dated 01.08.2009; admitted without objection |
| 2 | | 12:39 p.m. | X | X | Pension Specialist Basic Plan Document 2008; admitted without objection |
| 205 | | 12:48 p.m. | X | X | Adoption Agreement with Verisight Dated 04.30.2016; objection as to foundation cured; admitted |
| 206 | | 12:52 p.m. | X | X | Verisight Basic Plan Document 2014; admitted without objection |
| 208 | | 12:54 p.m. | X | X | Trustee Removal Document with Newport Group Dated 11.07.2017; admitted without objection |
| 209 | | 12:57 p.m. | X | X | Summary of Material Modifications Dated 09.15.2017; admitted without objection |
| 245 | | 1:13 p.m. | X | X | 2017 Distribution Paperwork; Document admitted. It will need to be redacted of personal identifiers before being published to the jury or provided to them for deliberations. |
| | | 1:27 p.m. | | | Court in recess |