## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 22-cr-00281-WHO-1
Case Name: USAv. Bulazo

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Ivana Djak and Nicholas M. Parker | DEFENSE ATTORNEY: Donald S. Davidson |
|---|---|---|
| TRIAL DATE: 4/23/2025 | REPORTER: | CLERK: |
| 8:02 a.m. to 1:14 p.m. 5 hours, 12 minutes | Lee-Anne Shortridge | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session (jurors out) Counsel discuss the scope of testimony, exhibits and procedures related to witness Keppinger. |
| | | 8:10 a.m. | | | Court in recess |
| | | 8:21 a.m. | | | Government direct examination of **Daniele Shimonauff** continues (Djak) |
| 246 | | 8:38 a.m. | X | X | 2018 Distribution Paperwork; admitted without objection |
| 235 | | 8:43 a.m. | X | X | Re: City Baking Past Due Invoices dated 10/07/2016; admitted without objection |
| 234 | | 8:48 a.m. | X | X | Email RE: URGENT: UBOC Activity dated 9/12/2017 and Attachments; admitted without objection |
| 13 | | 9:02 a.m. | X | X | Email RE: URGENT: UBOC Activity; admitted without objection |
| 9 | | 9:17 a.m. | X | X | Transmittal Letter Re: City Baking Company Profit Sharing Plan; admitted without objection |
| 230 | | 9:21 a.m. | X | X | Email re Missing Plan Documents from D. Shimonauff dated 10/10/2018; admitted without objection |
| 229 | | 9:28 a.m. | X | X | Email re Past Due Invoices from D. Shimonauff dated 12/4/2018; admitted without objection |
| 11 | | 9:30 a.m. | X | X | Email Re: Termination of Newport Group Services; admitted without objection |
| | | 9:33 a.m. | | | Defense cross examination of **Daniele Shimonauff** |
| | 416 | 9:48 a.m. | X | X | Emails between Mr. Bulazo, Daniele Shimanauff and Amy Huey; admitted without objection |
| | | 9:57 a.m. | | | Court in recess |
| | | 10:12 a.m. | | | Court in session |
| | 599 | 10:20 a.m. | X | X | Summary Trust Assets for City Baking Profit Sharing Account 1/1/2016 to 12/31/2016; admitted without objection |
| | 846 | 10:44 a.m. | X | X | Emails between Amy Huey and Daniele Shimonauff, Pages 1 and 2 admitted. Page 3 requires redaction |
| | | 10:58 a.m. | | | Government redirect of **Daniele Shimonauff** (Djak) |

1

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Bulazo
Date: April 23, 2025
Courtroom Deputy: Jean Davis           - Court Reporter:    Lee-Anne Shortridge

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| **219** | | 11:01 a.m. | X | X | K94 2015 Trust Accounting – Amended; admitted without objection |
| | | 11:20 a.m. | | | Defense follow up examination of **Daniele Shimonauff** |
| | | 11:22 a.m. | | | Witness excused |
| | | 11:26 a.m. | | | Plaintiff direct examination of **Kathleen Keppinger** (Djak) |
| | | 11:34 a.m. | | | Court in recess |
| | | 11:51 a.m. | | | Court in session; jurors present. Court advises jurors of possibly publicity associated with another case on the Court's docket. |
| | | 11:52 a.m. | | | Defense cross examination of **Kathleen Keppinger** |
| | **224** | 12:08 p.m. | X | X | City Baking Purchase Agreement Dated 01/25/2017; admitted without objection |
| | | 12:32 p.m. | | | Government waives redirect; witness excused |
| | | 12:33 p.m. | | | Government direct examination of **Karl Spargur** (Djak) |
| | | 12:47 p.m. | | | Defense cross examination of **Karl Spargur** |
| | **852** | 1:03 p.m. | X | X | Email; conditionally admitted (clean copy to be marked and admitted) |
| | | 1:06 p.m. | | | Government redirect of **Karl Spargur** (Djak) |
| | | 1:10 p.m. | | | Defense follow up examination of **Karl Spargur** |
| | | 1:11 p.m. | | | Witness excused |
| | | 1:12 p.m. | | | It is agreed that the proceedings will adjourn early for the day to allow for witnesses to be heard in the desired order |
| | | 1:13 p.m. | | | Jurors dismissed |
| | | 1:13 p.m. | | | Counsel discuss scheduling issues |
| | | 1:14 p.m. | | | Court in recess |