**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Bulazo

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEY: Ivana Djak and Nicholas Parker | DEFENSE ATTORNEY: Donald S. Davidson |
|---|---|---|
| TRIAL DATE: 4/24/2025 | REPORTER: | CLERK: |
| 8:01 a.m. to 1:32 p.m. 5 hours, 31 minutes | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session (jurors out) Counsel advise that authenticity of the bank records has been stipulated to, and the parties agree that they will be submitted without record-by-record foundation with the stipulation being read into the record. Exhibits admitted: 37-47, 248, 49-79, 188, 189, 193, 266, 272, 273, 297, 81-110, 190, 267, 271, 139-153, 191, 192, 270, 112-138, 187, 195, 268, 460, 155-186, 201, 203, and 269. |
| | | 8:06 a.m. | | | Court in recess |
| 37 | | 8:05 a.m. | | X | ONx7948 Statement 2017.07; admitted by stipulation |
| 38 | | 8:05 a.m. | | X | ONx7948 Statement 2017.11; admitted by stipulation |
| 39 | | 8:05 a.m. | | X | ONx7948 Statement 2018.02; admitted by stipulation |
| 40 | | 8:05 a.m. | | X | ONx7948 Statement 2018.03; admitted by stipulation |
| 41 | | 8:05 a.m. | | X | ONx7948 Statement 2018.04; admitted by stipulation |
| 42 | | 8:05 a.m. | | X | ONx7948 Statement 2018.05; admitted by stipulation |
| 43 | | 8:05 a.m. | | X | ONx8986 Statement 2018.04; admitted by stipulation |
| 44 | | 8:05 a.m. | | X | ONx8986 Statement 2018.05; admitted by stipulation |
| 45 | | 8:05 a.m. | | X | ONx8986 Statement 2018.06; admitted by stipulation |
| 46 | | 8:05 a.m. | | X | ONx8986 Statement 2019.09; admitted by stipulation |
| 47 | | 8:05 a.m. | | X | ONx8986 Statement 2020.07; admitted by stipulation |
| 248 | | 8:05 a.m. | | X | Standing Wire Order; admitted by stipulation |
| 49 | | 8:05 a.m. | | X | UBx1787 Statement 2017.07.22-2017.08.23; admitted by stipulation |
| 50 | | 8:05 a.m. | | X | UBx1787 Statement 2017.09.22-2017.10.23; admitted by stipulation |
| 51 | | 8:05 a.m. | | X | UBx1787 Statement 2017.10.24-2017.11.21; admitted by stipulation |
| 52 | | 8:05 a.m. | | X | UBx1787 Statement 2017.11.22-2017.12.21; admitted by stipulation |

1

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Bulazo
Date: April 24, 2025
Courtroom Deputy: Jean Davis     - Court Reporter:    Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 53 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.01.24-2018.02.21; admitted by stipulation |
| 54 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.02.22-2018.03.22; admitted by stipulation |
| 55 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.03.23-2018.04.20; admitted by stipulation |
| 56 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.04.21-2018.05.22; admitted by stipulation |
| 57 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.05.23-2018.06.21; admitted by stipulation |
| 58 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.06.22-2018.07.23; admitted by stipulation |
| 59 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.07.24-2018.08.23; admitted by stipulation |
| 60 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.08.24-2018.09.21; admitted by stipulation |
| 61 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.09.22-2018.10.23; admitted by stipulation |
| 62 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.10.24-2018.11.23; admitted by stipulation |
| 63 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.11.24-2018.12.21; admitted by stipulation |
| 64 |  | 8:05 a.m. |  | X | UBx1787 Statement 2018.12.22-2019.01.23; admitted by stipulation |
| 65 |  | 8:05 a.m. |  | X | UBx1787 Statement 2019.01.24-2019.02.21; admitted by stipulation |
| 66 |  | 8:05 a.m. |  | X | UBx1787 Statement 2019.02.22-2019.03.21; admitted by stipulation |
| 67 |  | 8:05 a.m. |  | X | UBx1787 Statement 2019.03.22-2019.04.22; admitted by stipulation |
| 68 |  | 8:05 a.m. |  | X | UBx1787 Statement 2019.04.23-2019.05.22; admitted by stipulation |
| 69 |  | 8:05 a.m. |  | X | UBx1787 Statement 2019.05.23-2019.06.20; admitted by stipulation |
| 70 |  | 8:05 a.m. |  | X | UBx1787 Statement 2019.06.21-2019.07.23; admitted by stipulation |
| 71 |  | 8:05 a.m. |  | X | UBx1787 Statement 2019.07.24-2019.08.22; admitted by stipulation |
| 72 |  | 8:05 a.m. |  | X | UBx1787 Statement 2019.08.23-2019.09.23; admitted by stipulation |

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Bulazo
Date: April 24, 2025
Courtroom Deputy: Jean Davis          - Court Reporter:      Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 73 | | 8:05 a.m. | | X | UBx1787 Statement 2019.09.24-2019.10.23; admitted by stipulation |
| 74 | | 8:05 a.m. | | X | UBx1787 Statement 2019.10.24-2019.11.21; admitted by stipulation |
| 75 | | 8:05 a.m. | | X | UBx1787 Statement 2019.11.22-2019.12.20; admitted by stipulation |
| 76 | | 8:05 a.m. | | X | UBx1787 Statement 2019.12.21-2020.01.23; admitted by stipulation |
| 77 | | 8:05 a.m. | | X | UBx1787 Statement 2020.01.20-2020.02.21; admitted by stipulation |
| 78 | | 8:05 a.m. | | X | UBx1787 Statement 2020.02.22-2020.03.23; admitted by stipulation |
| 79 | | 8:05 a.m. | | X | UBx1787 Statement 2020.06.23-2020.07.23; admitted by stipulation |
| 188 | | 8:05 a.m. | | X | Signature Card for Account #1787; admitted by stipulation |
| 189 | | 8:05 a.m. | | X | Signature Card for Account #1787; admitted by stipulation |
| 193 | | 8:05 a.m. | | X | Account 1787 Statement 10.24.17-11.21.17; admitted by stipulation |
| 266 | | 8:05 a.m. | | X | UBx1787 – Statements; admitted by stipulation; admitted by stipulation |
| 272 | | 8:05 a.m. | | X | UB x1787 Other Withdrawals Sept. 2017 to 2019; admitted by stipulation |
| 273 | | 8:05 a.m. | | X | UB x1787 Misc 2019; admitted by stipulation |
| 297 | | 8:05 a.m. | | X | |
| 81 | | 8:05 a.m. | | X | UBx0100 Statement 2017.09.30-2017.10.31; admitted by stipulation |
| 82 | | 8:05 a.m. | | X | UBx0100 Statement 2017.11.01-2017.11.30; admitted by stipulation |
| 83 | | 8:05 a.m. | | X | UBx0100 ; admitted by stipulation Statement 2017.12.01-2017.12.29; admitted by stipulation |
| 84 | | 8:05 a.m. | | X | UBx0100 Statement 2017.12.30-2018.01.31; admitted by stipulation |
| 85 | | 8:05 a.m. | | X | UBx0100 Statement 2018.02.01-2018.02.28; admitted by stipulation |
| 86 | | 8:05 a.m. | | X | UBx0100 Statement 2018.03.01-2018.03.30; admitted by stipulation |
| 87 | | 8:05 a.m. | | X | UBx0100 Statement 2018.03.31-2018.04.30; admitted by stipulation |
| 88 | | 8:05 a.m. | | X | UBx0100 Statement 2018.05.01-2018.05.31; admitted by stipulation |

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Bulazo
Date: April 24, 2025
Courtroom Deputy: Jean Davis    - Court Reporter:    Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| 89 | | 8:05 a.m. | | X | UBx0100 Statement 2018.06.01-2018.06.29; admitted by stipulation |
|---|---|---|---|---|---|
| 90 | | 8:05 a.m. | | X | UBx0100 Statement 2018.06.30-2018.07.31; admitted by stipulation |
| 91 | | 8:05 a.m. | | X | UBx0100 Statement 2018.08.01-2018.08.31; admitted by stipulation |
| 92 | | 8:05 a.m. | | X | UBx0100 Statement 2018.09.01-2018.09.28; admitted by stipulation |
| 93 | | 8:05 a.m. | | X | UBx0100 Statement 2018.09.29-2018.10.31; admitted by stipulation |
| 94 | | 8:05 a.m. | | X | UBx0100 Statement 2018.11.01-2018.11.30; admitted by stipulation |
| 95 | | 8:05 a.m. | | X | UBx0100 Statement 2018.12.01-2018.12.31; admitted by stipulation |
| 96 | | 8:05 a.m. | | X | UBx0100 Statement 2019.01.01-2019.01.31; admitted by stipulation |
| 97 | | 8:05 a.m. | | X | UBx0100 Statement 2019.02.01-2019.02.28; admitted by stipulation |
| 98 | | 8:05 a.m. | | X | UBx0100 Statement 2019.03.01-2019.03.29; admitted by stipulation |
| 99 | | 8:05 a.m. | | X | UBx0100 Statement 2019.03.30-2019.04.30; admitted by stipulation |
| 100 | | 8:05 a.m. | | X | UBx0100 Statement 2019.05.01-2019.05.31; admitted by stipulation |
| 101 | | 8:05 a.m. | | X | UBx0100 Statement 2019.06.01-2019.06.28; admitted by stipulation |
| 102 | | 8:05 a.m. | | X | UBx0100 Statement 2019.06.29-2019.07.31; admitted by stipulation |
| 103 | | 8:05 a.m. | | X | UBx0100 Statement 2019.08.01-2019.08.30; admitted by stipulation |
| 104 | | 8:05 a.m. | | X | UBx0100 Statement 2019.09.01-2019.09.30; admitted by stipulation |
| 105 | | 8:05 a.m. | | X | UBx0100 Statement 2019.10.01-2019.10.31; admitted by stipulation |
| 106 | | 8:05 a.m. | | X | UBx0100 Statement 2019.11.01-2019.11.29; admitted by stipulation |
| 107 | | 8:05 a.m. | | X | UBx0100 Statement 2019.11.30-2019.12.31; admitted by stipulation |
| 108 | | 8:05 a.m. | | X | UBx0100 Statement 2020.01.01-2020.01.31; admitted by stipulation |
| 109 | | 8:05 a.m. | | X | UBx0100 Statement 2020.02.01-2020.02.28; admitted by stipulation |

| | | | | | |
|---|---|---|---|---|---|
| 110 | | 8:05 a.m. | | X | UBx0100 Statement 2020.02.29-2020.03.31; admitted by stipulation |
| 190 | | 8:05 a.m. | | X | Signature Card for Account #0100; admitted by stipulation |
| 267 | | 8:05 a.m. | | X | UBx0100 - Statements; admitted by stipulation |
| 271 | | 8:05 a.m. | | X | UB x0100 Checks Dec. 2017 to 2018; admitted by stipulation |
| 139 | | 8:05 a.m. | | X | UBx9793 Statements; admitted by stipulation |
| 140 | | 8:05 a.m. | | X | UBx9793 Statement 2019.01.01-2019.01.31; admitted by stipulation |
| 141 | | 8:05 a.m. | | X | UBx9793 Statement 2019.02.01-2019.02.28; admitted by stipulation; admitted by stipulation |
| 142 | | 8:05 a.m. | | X | UBx9793 Statement 2019.03.01-2019.03.29; admitted by stipulation |
| 143 | | 8:05 a.m. | | X | UBx9793 Statement 2019.03.30-2019.04.30; admitted by stipulation |
| 144 | | 8:05 a.m. | | X | UBx9793 Statement 2019.05.01-2019.05.31; admitted by stipulation |
| 145 | | 8:05 a.m. | | X | UBx9793 Statement 2019.06.01-2019.06.28; admitted by stipulation |
| 146 | | 8:05 a.m. | | X | UBx9793 Statement 2019.06.29-2019.07.31; admitted by stipulation |
| 147 | | 8:05 a.m. | | X | UBx9793 Statement 2019.08.01-2019.08.30; admitted by stipulation |
| 148 | | 8:05 a.m. | | X | UBx9793 Statement 2019.08.31-2019.09.30; admitted by stipulation |
| 149 | | 8:05 a.m. | | X | UBx9793 Statement 2019.10.01-2019.10.31; admitted by stipulation |
| 150 | | 8:05 a.m. | | X | UBx9793 Statement 2019.11.01-2019.11.29; admitted by stipulation |
| 151 | | 8:05 a.m. | | X | UBx9793 Statement 2019.11.30-2019.12.31; admitted by stipulation |
| 152 | | 8:05 a.m. | | X | UBx9793 Statement 2020.01.01-2020.01.31; admitted by stipulation |
| 153 | | 8:05 a.m. | | X | UBx9793 Statement 2020.02.29-2020.03.31; admitted by stipulation |
| 191 | | 8:05 a.m. | | X | Signature Card for Account #9793; admitted by stipulation |
| 192 | | 8:05 a.m. | | X | Account 9793 Statement 11.26.18-11.30.18; admitted by stipulation |
| 270 | | 8:05 a.m. | | X | UB x9793 Checks 2018; admitted by stipulation |
| 112 | | 8:05 a.m. | | X | UBx1910 Statement 2018.01.05-2018.02.05; admitted by stipulation |
| 113 | | 8:05 a.m. | | X | UBx1910 Statement 2018.02.06-2018.03.05; admitted by stipulation |
| 114 | | 8:05 a.m. | | X | UBx1910 Statement 2018.03.06-2018.04.04; admitted by stipulation |
| 115 | | 8:05 a.m. | | X | UBx1910 Statement 2018.04.05-2018.05.03; admitted by stipulation |

| | | | | |
|---|---|---|---|---|
| 116 | | 8:05 a.m. | X | UBx1910 Statement 2018.05.04-2018.06.05; admitted by stipulation |
| 117 | | 8:05 a.m. | X | UBx1910 Statement 2018.06.06-2018.07.05; admitted by stipulation |
| 118 | | 8:05 a.m. | X | UBx1910 Statement 2018.07.06-2018.08.06; admitted by stipulation |
| 119 | | 8:05 a.m. | X | UBx1910 Statement 2018.08.07-2018.09.06; admitted by stipulation |
| 120 | | 8:05 a.m. | X | UBx1910 Statement 2018.09.07-2018.10.04; admitted by stipulation |
| 121 | | 8:05 a.m. | X | UBx1910 Statement 2018.10.05-2018.11.05; admitted by stipulation |
| 122 | | 8:05 a.m. | X | UBx1910 Statement 2018.11.06-2018.12.05; admitted by stipulation |
| 123 | | 8:05 a.m. | X | UBx1910 Statement 2018.12.06-2019.01.04; admitted by stipulation |
| 124 | | 8:05 a.m. | X | UBx1910 Statement 2019.01.05-2019.02.05; admitted by stipulation |
| 125 | | 8:05 a.m. | X | UBx1910 Statement 2019.02.06-2019.03.05; admitted by stipulation |
| 126 | | 8:05 a.m. | X | UBx1910 Statement 2019.03.06-2019.04.03; admitted by stipulation |
| 127 | | 8:05 a.m. | X | UBx1910 Statement 2019.04.04-2019.05.03; admitted by stipulation |
| 128 | | 8:05 a.m. | X | UBx1910 Statement 2019.05.04-2019.06.05; admitted by stipulation |
| 129 | | 8:05 a.m. | X | UBx1910 Statement 2019.06.06-2019.07.03; admitted by stipulation |
| 130 | | 8:05 a.m. | X | UBx1910 Statement 2019.07.04-2019.08.05; admitted by stipulation |
| 131 | | 8:05 a.m. | X | UBx1910 Statement 2019.08.06-2019.09.05; admitted by stipulation |
| 132 | | 8:05 a.m. | X | UBx1910 Statement 2019.09.06-2019.10.03; admitted by stipulation |
| 133 | | 8:05 a.m. | X | UBx1910 Statement 2019.10.04-2019.11.05; admitted by stipulation |
| 134 | | 8:05 a.m. | X | UBx1910 Statement 2019.11.06-2019.12.04; admitted by stipulation |
| 135 | | 8:05 a.m. | X | UBx1910 Statement 2019.12.05-2020.01.06; admitted by stipulation |
| 136 | | 8:05 a.m. | X | UBx1910 Statement 2020.01.07-2020.02.05; admitted by stipulation |
| 137 | | 8:05 a.m. | X | UBx1910 Statement 2020.02.06-2020.03.04; admitted by stipulation |
| 138 | | 8:05 a.m. | X | UBx1910 Statement 2020.03.05-2020.04.03; admitted by stipulation |
| 187 | | 8:05 a.m. | X | Signature Card for Account #1910; admitted by stipulation |
| 195 | | 8:05 a.m. | X | Account 1910 Statements 3.8.18-4.4.18; admitted by stipulation |

| | | | | |
|---|---|---|---|---|
| 268 | | 8:05 a.m. | | X | UBx1910 – Statements; admitted by stipulation |
| 460 | | 8:05 a.m. | | X | |
| 155 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.02.08; admitted by stipulation |
| 156 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.04.10; admitted by stipulation |
| 157 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.05.11; admitted by stipulation |
| 158 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.06.10; admitted by stipulation |
| 159 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.07.11; admitted by stipulation |
| 160 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.08.10; admitted by stipulation |
| 161 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.09.10; admitted by stipulation |
| 162 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.10.11; admitted by stipulation |
| 163 | | 8:05 a.m. | | X | AEx2-31008 Statement 2018.12.11; admitted by stipulation |
| 164 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.01.11; admitted by stipulation |
| 165 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.02.08; admitted by stipulation |
| 166 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.03.11; admitted by stipulation |
| 167 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.04.10; admitted by stipulation |
| 168 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.05.10; admitted by stipulation |
| 169 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.06.10; admitted by stipulation |
| 170 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.07.11; admitted by stipulation |
| 171 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.08.11; admitted by stipulation |
| 172 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.09.10; admitted by stipulation |
| 173 | | 8:05 a.m. | | X | AEx2-31008 Statement 2019.10.11; admitted by stipulation |
| 174 | | 8:05 a.m. | | X | AEx2-32006 Statement 2020.01.10; admitted by stipulation |
| 175 | | 8:05 a.m. | | X | AEx2-32006 Statement 2020.02.09; admitted by stipulation |
| 176 | | 8:05 a.m. | | X | AEx6-03007 Statement 2018.02.18; admitted by stipulation |
| 177 | | 8:05 a.m. | | X | AEx6-03007 Statement 2018.03.21; admitted by stipulation |
| 178 | | 8:05 a.m. | | X | AEx6-03007 Statement 2018.04.20; admitted by stipulation |
| 179 | | 8:05 a.m. | | X | AEx6-03007 Statement 2018.05.21; admitted by stipulation |
| 180 | | 8:05 a.m. | | X | AEx6-03007 Statement 2018.08.21; admitted by stipulation |
| 181 | | 8:05 a.m. | | X | AEx6-03007 Statement 2018.12.21; admitted by stipulation |
| 182 | | 8:05 a.m. | | X | AEx6-03007 Statement 2019.02.19; admitted by stipulation |
| 183 | | 8:05 a.m. | | X | AEx6-03007 Statement 2019.03.21; admitted by stipulation |
| 184 | | 8:05 a.m. | | X | AEx6-03007 Statement 2019.06.20; admitted by stipulation |
| 185 | | 8:05 a.m. | | X | AEx6-03007 Statement 2019.08.21; admitted by stipulation |
| 186 | | 8:05 a.m. | | X | AEx6-03007 Statement 2019.10.21; admitted by stipulation |
| 201 | | 8:05 a.m. | | X | Statement For Account 2-32006, 11/10/2019; admitted by stipulation |
| 203 | | 8:05 a.m. | | X | Statement For Account 6-03007, 11/20/18; admitted by stipulation |

| | | | | | |
|---|---|---|---|---|---|
| 269 | | 8:05 a.m. | | X | AMEX Statements (AMEX 000049 - 001536) ; admitted by stipulation |
| | | 8:35 a.m. | | | Court in session (jurors present) |
| | | 8:36 a.m. | | | Government direct examination of **David Rockman** (Parker) |
| 20 | | 8:47 a.m. | X | X | Account Registration Form with Ohio National (ONESCO) Dated 02.27.2006; admitted without objection |
| 19 | | 8:52 a.m. | X | X | Advisory Agreement with Embarcadero Financial Group Dated 04.14.2010; admitted without objection |
| 23 | | 9:04 a.m. | X | X | E-Mail from Bulazo to Rockman 02.09.2017; admitted with reassertion of pretrial objection |
| 24 | | 9:10 a.m. | X | X | E-Mail from Bulazo to Embarcadero Employees 03.22.2018; admitted with reassertion of pretrial objection |
| 225 | | 9:12 a.m. | X | X | Emails between D. Rockman and A. Bulazo Dated 12/21/2018; admitted with reassertion of pretrial objection |
| 210 | | 9:20 a.m. | X | X | Promissory Note Dated 08/15/ 2017; admitted without objection |
| | | 9:33 a.m. | | | Defense cross examination of **David Rockman** |
| | | 9:49 a.m. | | | Bench conference |
| | | 9:51 a.m. | | | Defense cross examination of **David Rockman** continues |
| | 845 | 9:55 a.m. | X | X | Email from Bulazo to Rockman dated 09/19/2017; admitted without objection |
| | | 10:00 a.m. | | | Government waives redirect; witness excused |
| | | 10:00 a.m. | | | Court in recess |
| | | 10:18 a.m. | | | Court in session (jurors present) |
| | | 10:19 a.m. | | | Government direct examination of **Peter Thai** (Djak) |
| | | 10:29 a.m. | | | Government reads stipulation regarding authenticity of bank records into the record. |
| 292 | | 10:37 a.m. | X | X | Bank account summary; admitted without objection |
| 298 | | 10:53 a.m. | X | | Demonstrative of money movement (published to jurors, but will not be provided to jurors as part of deliberations) |
| 293 | | 11:21 a.m. | X | X | Summary Chart - Transactions Out of Plan Brokerage Account (w/ Ex. Nos.); admitted without objection |
| 299 | | 11:23 a.m. | X | X | Summary Chart - 2017 Payouts from UBx1787; admitted without objection |
| 300 | | 11:24 a.m. | X | X | Summary Chart - 2018 Payouts and Plan Expenses Paid from UBx1787; admitted without objection |
| | | 11:28 a.m. | | | Summary Chart - |
| | | 11:43 a.m. | | | Court in recess |
| | | 12:02 a.m. | | | Court in session (jurors present) Government direct examination of **Peter Thai** continues (Djak) |
| 288 | | 12:05 p.m. | X | X | Summary Chart – Transactions to and from UBx9793 (City Banking Payroll Account); admitted without objection |
| 286 | | 12:11 p.m. | X | X | Summary Chart – Transactions to and from UBx0100 (City Baking Operating Account); admitted without objection |

8

| | | | | | |
|---|---|---|---|---|---|
| **289** | | 12:19 p.m. | X | X | Summary Chart – Miscellaneous Withdrawals and Depositions; admitted without objection |
| **287** | | 12:27 p.m. | X | X | Summary Chart – Transaction to and from UBx1910 (Bulazo Personal Account); admitted without objection |
| **285** | | 12:45 p.m. | X | X | Summary Chart – All Transaction; admitted without objection |
| | | 12:52 p.m. | | | Defense cross examination of **Peter Thai** |
| | | 1:19 p.m. | | | Government redirect of **Peter Thai** (Djak) |
| | | 1:21 p.m. | | | Defense follow up examination of **Peter Thai** |
| | | 1:21 p.m. | | | Government follow up examination of **Peter Thai** (Djak) |
| | | 1:21 p.m. | | | Witness excused |
| | | 1:22 p.m. | | | Government rests |
| | | 1:23 p.m. | | | The Court admonishes the jurors as to their duties |
| | | 1:28 p.m. | | | Jurors excused admitted without objection |
| | | 1:29 p.m. | | | Conference with counsel; Jury instruction conference reset for Monday, April 28, 2025 at 2:15 p.m. |
| | | 1:32 p.m. | | | Court in recess |