# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Alexander Bulazo

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEY: Ivana Djak and Nicholas Parker | DEFENSE ATTORNEY: Donald S, Davidson and Kristin Ault |
|---|---|---|
| **TRIAL DATE:** 4/28/2025<br>8:02 a.m. to 12:34 p.m.<br>1:34 p.m. to 2:19 p.m.<br>5 hours 17 minutes | **REPORTER:**<br>April Brott | **CLERK:**<br>Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 8:02 a.m. |  |  | Court in session (jurors out)<br>Counsel heard as to defense motion to dismiss for government failure to present adequate evidence to support its allegations. The motion is denied. |
|  |  | 8:05 a.m. |  |  | Appropriate scope of testimony, cross examination and evidence discussed |
|  |  | 8:16 a.m. |  |  | Government rebuttal case discussed |
|  |  | 8:17 a.m. |  |  | Court in recess |
|  |  | 8:34 a.m. |  |  | Court in session (jurors out)<br>The Court has reviewed government interview notes |
|  |  | 8:37 a.m. |  |  | Jurors seated |
|  |  | 8:39 a.m. |  |  | Defendant cross examination of **Tracy Coenen** |
|  |  | 8:43 a.m. |  |  | Witness tendered as expert without objection |
|  | **855** | 8:45 a.m. | X |  | Demonstrative captioned Funds Out (published to the jurors but will not be provided to them for deliberations) |
|  | **853** | 8:49 a.m. | X |  | Demonstrative captioned 252 Pass-Through Trasfers (published to the jurors but will not be provided to them for deliberations) |
|  | **854** | 8:54 a.m. | X |  | Demonstrative captioned Personal Credit Card Charges (published to the jurors but will not be provided to them for deliberations) |
|  | **857** | 9:00 a.m. | X |  | Demonstrative captioned Alternative Lender Activity (published to the jurors but will not be provided to them for deliberations) |
|  |  | 9:05 a.m. |  |  | Government cross examination of **Tracy Coenen** (Parker) |
|  |  | 9:12 a.m. |  |  | Defense waives redirect; witness excused |
|  |  | 9:13 a.m. |  |  | Jurors excused; documents provided to Court for in camera review. |

1

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Bulazo
Date: April 28, 2025
Courtroom Deputy: Jean Davis    - Court Reporter:    April Brott

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:33 a.m. | | | Court in session (jurors out) Defense advises that defendant will testify; he is advised of his rights |
| | | 9:38 a.m. | | | Defense direct examination of **Alexander Bulazo** |
| | | 10:55 a.m. | | | Court in recess |
| | | 11:11 a.m. | | | Court in session (jurors present) |
| | | 11:22 a.m. | | | Government cross examination of **Alexander Bulazo** (Djak) |
| **302** | | 11:50 a.m. | X | X | Letter from Newport Group to Union Bank; admitted without objection |
| **226** | | 12:07 p.m. | X | X | Emails between D. Rockman and A. Bulazo Dated 03/02/2020; admitted without objection |
| **227** | | 12:08 p.m. | X | X | Emails between D. Rockman and A. Bulzo Dated 02/15/2015; admitted without objection |
| | | 12:20 p.m. | | | Court in recess |
| | | 12:31 p.m. | | | Court in session (jurors out) |
| | | 12:33 p.m. | | | Jurors seated and advised as to remaining schedule |
| | | 12:35 p.m. | | | Court in recess |
| | | 1:34 p.m. | | | Court in session (jurors out) Jury instructions discussed |
| | | 1:50 p.m. | | | Counsel may meet and confer and submit an agreed upon or redline version of currently disputed instructions |
| | | 2:19 p.m. | | | Court in recess |