UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-cr-00281-WHO-1 |
|---|---|
| Plaintiff, | |
| v. | **PROPOSED VERDICT FORM** |
| ALEXANDER BULAZO, | |
| Defendant. | |

COUNT ONE:

**Theft, Embezzlement, Abstraction, or Conversion from Employee Pension Benefit Plan**, in violation of Title 18, United States Code, Section 64.

We find the defendant, Alexander Bulazo:

GUILTY                    NOT GUILTY

_____    _____

(*place an X on the appropriate line*)

\*\*\*

*When you have reached your unanimous verdict, the Jury foreperson should sign and date this form and contact the courtroom deputy.*

DATED:_____        _____

                                           FOREPERSON