**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 22-cr-00281-WHO-1
Case Name: USA v. Bulazo

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Ivana Djak and Nicholas Parker | DEFENSE ATTORNEYS: Donald S. Davidson and Kristin Ault |
|---|---|---|
| **TRIAL DATE: 4/29/2025** 8:01 a.m. to 11:33 a.m. 3 hours, 32 minutes | **REPORTER:** April Brott | **CLERK:** Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out) Jury instructions and schedule discussed |
| | | 8:07 a.m. | | | Court in recess |
| | | 8:41 a.m. | | | Court in session (jurors present) The Court instructs the jury as to their duties and reviews the proposed verdict form |
| | | 9:01 a.m. | | | Government closing statement (Parker) |
| | | 9:42 a.m. | | | Court in recess |
| | | 10:00 a.m. | | | Court in session (jurors present) Defense closing statement (Davidson) |
| | | 10:50 a.m. | | | Bench conference conducted |
| | | 10:54 a.m. | | | Court instructs the jury as to excluded evidence |
| | | 10:56 a.m. | | | Government rebuttal closing (Djak) |
| | | 11:24 a.m. | | | Court instructs jurors as to their deliberation process |
| | | 11:31 a.m. | | | Jurors excused to begin deliberations |
| | | 11:32 a.m. | | | Alternates excused |
| | | 11:33 a.m. | | | Court in recess |
| | | 1:50 p.m. | | | Jurors suspend deliberations for the evening; they will resume tomorrow at 8:30 a.m. |

1