UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: [22-cr-00281-WHO-1](22-cr-00281-WHO-1)
Case Name: USA v. Bulazo

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** William H. Orrick | | **PLAINTIFF ATTORNEYS:** Ivana Djak and Nicholas Parker | **DEFENSE ATTORNEYS:** Donald Davidson and Kristin Ault |
|---|---|---|---|
| **TRIAL DATE: 4/30/2025** 8:30 a.m. to 10:04 a.m. 1 hour, 34 minutes | | **REPORTER** April Brott | **CLERK:** Jean Davis |

| | | | | | |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Jurors resume deliberations |
| | | 9:59 a.m. | | | Court in session (jurors present) |
| | | 10:00 a.m. | | | The jury confirms that it has reached a verdict |
| | | 10:01 a.m. | | | The verdict is reviewed by the Court and published by the clerk |
| | | 10:02 a.m. | | | The Court directs that the verdict be recorded and thanks the jurors for their service |
| | | 10:04 a.m. | | | Court adjourned |