UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-cr-00281-WHO-1 |
|---|---|
| Plaintiff, | |
| v. | **FINAL VERDICT FORM** |
| ALEXANDER BULAZO, | |
| Defendant. | |

COUNT ONE:

**Embezzlement or Conversion from Employee Pension Benefit Plan**, in violation of Title 18, United States Code, Section 664.

We find the defendant, Alexander Bulazo:

NOT GUILTY        GUILTY

__X_____     _____

(*place an X on the appropriate line*)

\*\*\*

*When you have reached your unanimous verdict, the Jury foreperson should sign and date this form and contact the courtroom deputy.*

DATED: 4/30/2025

Angela Ingram

FOREPERSON

2